AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Matthew James Choy,<br>*Defendant(s)* | )<br>)<br>) Case No. 20-mj-02451-Louis<br>)<br>)<br>) |

FILED BY ____JAO____ D.C.
**Mar 19, 2020**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____3/3/2020-3/16/2020____ in the county of ____Miami-Dade____ in the ____Southern____ District of ____Florida____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Transmission of a Threat to Injure. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Attested to by the applicant in accordance with Fed. R. Crim. Pro. 4.1 by FaceTime
Sworn to before me and signed in my presence.

*Complainant's signature*

Special Agent Seth Parker, FBI
*Printed name and title*

Date: 03/18/2020

*Judge's signature*

City and state: Miami, Florida

Honorable Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Seth Parker, being duly sworn, hereby depose and state as follows:

## BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since February 10, 2013. Prior to employment with the FBI, I was an Infantry Officer in the U.S. Army. While employed with the FBI, I have primarily conducted national security investigations, which have included investigations involving the transmissions of interstate threats. I have also participated in numerous criminal investigations.

3. This Affidavit is submitted in support of a criminal complaint, charging **MATTHEW JAMES CHOY** (referred to herein as "**MATTHEW CHOY**"), date of birth September 4, 1986, with transmission of interstate threats to injure the person of another, in violation of 18 U.S.C. § 875(c).

4. The facts and circumstances contained herein are based on my personal knowledge as well as information received from other law enforcement officers and non-law enforcement sources. This affidavit is provided for the limited purpose of establishing probable cause in support of the criminal complaint and therefore does not contain all the facts known to me about this investigation.

## PROBABLE CAUSE

5. On February 20, 2020, a witness called the FBI National Threat Operations Center ("NTOC") to report **MATTHEW CHOY** for communications which discussed racially motivated violence.

6. During the course of the investigation, the FBI identified at least two victims who have received threats from **MATTHEW CHOY**. Both victims reported that they were friends with **MATTHEW CHOY** around 2010; however, the two victims had a falling out with **MATTHEW CHOY**. Both victims reported that, subsequently, they received threats and harassing messages from **MATTHEW CHOY** continuing to the present day.

7. Both victims reported the matter to the police and sought restraining orders against **MATTHEW CHOY**.

8. Between March 3, 2020, and March 16, 2020, **MATTHEW CHOY** transmitted the following messages through a Facebook messenger account, using the internet, to the two victims. The recipients of the messages were located outside of the State of Florida and **MATTHEW CHOY** resided, at the time, in Florida:

March 16, 2020 (Victim 1):

whatever im probably being investigated.. i dont care.. whatever happens happens.. but again.. id rather but if im going to jail someone is getting killed.. im not going to jail for anything less than murder.. its better than be known as a murderer than let a monkey or a kike speak to me.. you can value all the trash you want.. suck and fuck all that worthless midget monkey dick.. but when push comes to shove, this is a stand your ground state and ill stand over anyone kill them.. i dont fuck with kikes

i learned my lesson
i finish my class tomorrow, so now that i know, might as well go grab a job in west palm... if im going to go down i might as well die fighting

but just reading the situation.. if all this is happening now, you must have moved back to florida..
i dont want you, but i really want stand over and fight still
theres no point to having money if you cant berate and bitch people up
its fun
what are they going to do about it

i know im dead to rights, im not going to beat a kike in a paper war, my only play is fight

i may not want you.. but it bothers me WAY to much to let a kike or nigger speak down to me and im not fight them... plus boca and west palm are full of salves (thats all jews and niggers are) they need a master and i want to bitch some slaves up

2

(btw you have stupid friends,  and it wouldnt get told to me you dont understand, and i dont think it was you, you dont care enough, i think it was nigger greg he would be dumb enough to rely on someone else because hes too worthless and stupid to fight me himself

but i want to fight, I really want to kill nigger greg but hes too worthless to fight me, he had to run away to Memphis you really pick worthless people.. but im sick of looking like a fool because you dont have standards and i want closure.. so im going to come up there and fight... if i go to jail, i can live with that, but im not going to live like this without nigger or jew knowing there place

i want closer but you fuck and value niggers and jews.. you degraded yourself to too many worthless lowlives for me ever respect you.. ( i havnt even thrown a punch yet and look what i can do)
I want to kill greg
his sister needs to be raped.. you dont accuse me of something and get forgiveness plus hes so worthless at his job hes not even in a big city and thats where the hospitals are
so if they dont value him why should I
plus i want to stand over a jew and your monkey people
ill pay the bail for a fight
its worth it to me
but one week, i have to build two react apps and finish this MIT class

i will never under how anyone values nigger greg.. my brother is an idiot.. you all know gregs dad runs an ENTIRE AG DEPARTMENT at UF and STILL he couldnt get Greg or his brother into UF.. think abou that.. his brother is a doctor that couldnt even use NEPOTISM to get ahead.. i was a drunk and coke addict and i went to UM and MIT..

thats how low i view nigger greg

but please tell nigger greg i said all of this.. i want to fight him and kill him.. maybe if i bitch him up he will stand up to me
he doesnt have brendan this time to stop me from killing him
without brndan hes nothing i had that nigger crying in a corner once ill do it again
tell lauren i said hi as well.. i want that bitch to know how worthless that nigger is
this is too perfect of timing
i want to kill greg
its mutual combat.. i accept

but think about this... nigger greg and his brother kevin same genes.. they went to UCF and Nova... that how nepotism worked for them.. i know intelligence comes from the mother and all, but fuck that nigger from bad stock.. i wouldnt go to a doctor that couldnt even get into a good school that my father ran

that means lazy or stupid
greg is lazy and stupid
thats why hes in memphis
he can fight me anythime
anytime

now if you want to suck off monkeys and kikes.. as long as those niggers know there place and know they will be killed if they even SPEAK to me... thats fine.. i dont want you.. but greg needs to be killed.. thats what i want.. I want to kill nigger greg
i want to see the nigger scream
if i cant kill greg well i bitch up his friends and lauren until get nigger greg to fight and thats more than ok with me
whats the point of money if i can't kill my enemies
give nigger greg and knife and me a bottle.. we will see loser dies
if i have to go to sarasota and rape his siter and take the bitch apart with a chainsaw so be it.. but i will kill greg
but greg needs to be killed
haha
i get it... one week... block my ass.. but i want to fight... i really want to kill someone.. but i know i get one shot at that... that needs to be greg unless i get a lucky self defence kill

March 6, 2020 (Victim 2):

ok nigger whos family do I have to murder to move on? Yours rays evans pick someone…any nigger spic or jew…I want out of this and if I have to slaughter a family so be it..ill be in tampa next weekend, if I have to make a pit stop to rape and kill your sister so be it, but I want out of this situationits not my fault that bitch fucks niggers and jews, I want out, and ill learned my lesson, ill kill someone before I let a kike even say hi to me again

March 4, 2020 (Victim 2):

NIGGER!!! Iv been clear nigger, do I have to have to go to sarasota and rape and kill your sister to make this end? Because I will niggerdo I have to go to boca and slaughter ray and his kike wife nigger?? I want out I want to be left alone don't make me start killing families because that's next..if that bitch wants nigger babies that's on her, but I want out Im done messaging you nigger!!!next time im raping your kike sister and taking the bitch apart with a chain…i want out of this DO I MAKE MYSELF CLEAR NIGGER!!!

March 3, 2020 (Victim 2):

smg I should have quit my job years ago..to think whats the worst the can happen to me with nigger trash like you, I can dump drinks on people on anyone I want and make anyone my bitch, WORST CASE I end up in a fight and kill someone…and it's a stand your ground state
I cant wait to get into fight
I want to fight
What can you and your friends do about it?
Without Brendan you cant defend against me
I can just pay the bail
I cant wait to fight and kill you

4

9. On March 11, 2020, City of Homestead police officers knocked on the door of **MATTHEW CHOY's** residence under the guise of conducting a child welfare check. **MATTHEW CHOY** opened the door, identified himself, and told the officers he had lived at the residence for ten years. In the March 16th threat above, **CHOY** makes reference to this visit by the police officers ("if you think you could ask homestead for help").

## CONCLUSION

10. Based on the foregoing facts, I submit there is probable cause to believe **MATTHEW CHOY** transmitted interstate threats to injure the person of another, in violation of 18 U.S.C. § 875(c).

Attested to by the applicant in accordance with Fed. R. Crim. Pro. 4.1 by FaceTime

Seth Parker, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on this 18 day of March 2020.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA